**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 437 MAL 2022

           Respondent                  :

                                        :    Petition for Allowance of Appeal
                                        :    from the Order of the Superior Court

           v.                             :

                                        :

SHELDON LINDLEY KROCK,            :

                       :

                   Petitioner                 :

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.